IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

FRANCIS KIRBY, Plaintiff
Civil Case# 1:22-cv-00485-RLY-TAB

NOTICE OF SUGGESTION OF DEATH

Plaintiff, Francis Kirby, by and through undersigned counsel and pursuant to Fed. R. Civ.

P., 25, hereby informs this Honorable Court upon information and belief of the death of Plaintiff

Francis Kirby, who died on or about October 25, 2020.

Dated: 08/22/25                                        Respectfully submitted,

                                                       /s/ JOHN T. KIRTLEY, III
                                                       John T. Kirtley, III
                                                       Texas Bar No. 11534050
                                                       2603 Oak Lawn Avenue, Suite 300
                                                       P.O. Box 199109
                                                       Dallas, Texas 75219
                                                       (214) 521-4412
                                                       (214) 526-6026 Fax
                                                       jkirtley@lawyerworks.com
                                                       ivcfiling@lawyerworks.com
                                                       *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, I electronically filed the foregoing document
with the Clerk of Court using the CM/ECF system, which will send notification of such filing to
the CM/ECF participants registered to receive service in this matter.

                                                       /s/John T. Kirtley, III
                                                       John T. Kirtley, III